# IN THE UNITED STATES DISRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

## DEFENDANT KRISTEN L. CONWAY'S MOTION TO MODIFY CONDITIONS OF HER RELEASE

Comes now Kristen L. Conway by and through her court-appointed attorney and requests that the Court consider modifying her conditions of release as follows:

1. Defendant is charged with conspiracy to distribute 500 grams or more of methamphetamine.
2. On May 4, 2018, this court released her on bond with the condition that she have no contact with any of the codefendants (Docket Entry 54).
3. The undersigned has been advised that Ms. Conway and codefendant William Jones are co-owners of a trucking company and due to certain financial obligations of the two of them, that it is necessary that Defendant Conway be able to communicate with codefendant Jones on how to address the financial situation they face.
4. Ms. Conway is agreeable to **only** discuss the financial situation with Mr. Jones, and, the undersigned has received an email from Mr. Jones' attorney indicating he agrees to this contact to only discuss the financial

problems and that neither will discuss the circumstances of the pending criminal case.

WHEREFOR, Defendant Conway respectfully asks that the Court modify its previous order and allow Defendant Conway to converse with Defendant Williams solely as to their trucking business.

                                      Robert D. Lewis
                                      Mo Bar 26287
                                      2371 South Brentwood Blvd
                                      Springfield, MO 65804
                                      417-849-9834
                                      bobalew003@yahoo.com

CERTIFICATE OF SERVICE

I certify that I filed this document on May 31, 2018 and the EC F system sent notifications to all parties.

                                      _____/s/Robert D. Lewis____
                                      Robert D. Lewis